# UNITED STATES BANKRUPTCY COURT
## Western District of Virginia (Harrisonburg)

In re:

Debtor(s)

NORBERTO S. CRAMARO

Case No.:   10-50722                                      Loan Number (Last 4):   4269
Chapter:   13

# NOTICE OF PAYMENT CHANGE
### CORRECTED – SEE NOTE BELOW

Chase Home Finance, LLC., its successor or assign, hereby gives its Notice of Payment Change as follows:

|  |  |  |
|---|---|---|
| Payment Change Reason: |  | Escrow |
| Effective Date of New Payment: |  | August 01, 2010 |
| Current Monthly Payment: | Principal and Interest | $1,252.19 |
|  | Tax and Other Amount | $97.67 |
|  | Mortgage Insurance | $0.00 |
|  | Optional Insurance Amount | $0.00 |
|  | Over/Shortage Amount | $0.00 |
|  | Hazard Insurance Amount | $96.25 |
|  | Total Payment Amount | $1,446.11 |
| New Monthly Payment: | Principal and Interest | $1,252.19 |
|  | Tax and Other Amount | $97.67 |
|  | Mortgage Insurance | $0.00 |
|  | Optional Insurance Amount | $0.00 |
|  | Over/Shortage Amount | $0.00 |
|  | Hazard Insurance Amount | $112.00 |
|  | Total Payment Amount | $1,461.86 |

Note:  This form is submitted for the purpose of a corrective entry to the original payment change notice's reference to the secured creditor as Chase Home Mortgage. Chase Home Finance, LLC is the correct legal entity name.  No other change to the originally-submitted notice is being noticed herein.

Melba Arredondo                                          Specific Contact Information:

Chase Home Finance, LLC.                                 Mayra Porras

10790 Rancho Bernardo Road                               Bankruptcy Supervisor

San Diego, CA 92127                                      Phone: 858-605-5165

Telephone: 888-332-3412                                  Fax: 614-388-9908

Fax:

Email Address:

Date:   August 17, 2010

By:   /s/ Melba Arredondo
      _____
      Assistant VP

185330-62b364e0-92e2-4a2c-8dc8-bbca729cc600

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Deanna Dawson Tubandt
Deanna Tubandt, Attorney
126 Creekside Lane
Winchester, VA 22602

Trustee:

Herbert L Beskin(82)
PO Box 2103
Charlottesville, VA 22902

/s/ Bill Taylor
_____

As Authorized Filing Agent for Filer

185330-290b04c5-67ba-4141-8bb4-1d07f10cdad2

# CHASE ⬙

## Annual Escrow Account Disclosure Statement

**Customer Care**
**Customer Care Phone:**      1-800-848-9136
**Hearing Impaired (TDD):**   1-800-582-0542
www.chase.com/homefinance/customerservice

| Loan Summary | | **Statement Date** |
|---|---|---|
| Loan Number: | | May 8, 2010 |
| Principal Balance: | $250,437.76 | |
| Escrow Balance: | $198.84 | **Property Address:** |
| Next Payment Due: | 02/01/10 | 593 N Dr |
| | | Winchester, VA |

14834 ESA  Z 13210 C -
NOBERTO S CRAMARO
593 N DR
WINCHESTER VA  22603-3629

### Prior Payment Breakdown

| | |
|---|---|
| Principal and Interest | $1,252.19 |
| Escrow | $193.92 |
| **Total Payment** | **$1,446.11** |

### New Payment Breakdown Effective 08/01/10

| | |
|---|---|
| Principal and Interest | $1,252.19 |
| Escrow | $209.67 |
| **Total Payment** | **$1,461.86** |

## YOUR ESCROW ACCOUNT HISTORY

Keep this statement for your records.  This history compares the escrow activity that was projected for the past period with your actual escrow activity.  Because taxes and insurance premiums were projections, the actual amounts paid may be different.

### Comparing Projections to the Actual Payments

| | | Prior Year Projection | | | Actual Activity | | |
|---|---|---|---|---|---|---|---|
| Description | Month | Payments to escrow account | Payments from escrow account | Escrow Balance | Payments to escrow account | Payments from escrow account | Escrow Balance |
| Beginning Balance | | $0.00 | $0.00 | $1,155.00 | $0.00 | $0.00 | $935.30 |
| Payment | 12/09 | $193.92 | $0.00 | $1,348.92 | $0.00* | $0.00 | $935.30 |
| Homeowner In | 12/09 | $0.00 | $0.00 | $1,348.92 | $0.00* | $1,344.00* | $408.70- |
| Payment | 01/10 | $193.92 | $0.00 | $1,542.84 | $0.00* | $0.00 | $408.70- |
| Homeowner In | 01/10 | $0.00 | $1,155.00 | $387.84 | $0.00* | $0.00 | $408.70- |
| Payment | 02/10 | $193.92 | $0.00 | $581.76 | $219.70* | $0.00 | $189.00- |
| Payment | 03/10 | $193.92 | $0.00 | $775.68 | $193.92 | $0.00 | $4.92 |
| Payment | 04/10 | $193.92 | $0.00 | $969.60 | $193.92 | $0.00 | $198.84 |
| Payment | 05/10 | $193.92 | $0.00 | $1,163.52 | $775.68* | $0.00 | $974.52 |
| County Tax | 05/10 | $0.00 | $585.99 | $577.53 | $0.00* | $585.99 | $388.53 |
| Payment | 06/10 | $193.92 | $0.00 | $771.45 | $193.92 | $0.00 | $582.45 |
| Payment | 07/10 | $193.92 | $0.00 | $965.37 | $193.92 | $0.00 | $776.37 |
| Payment | 08/10 | $193.92 | $0.00 | $1,159.29 | $0.00* | $0.00 | $776.37 |
| Payment | 09/10 | $193.92 | $0.00 | $1,353.21 | $0.00* | $0.00 | $776.37 |
| Payment | 10/10 | $193.92 | $0.00 | $1,547.13 | $0.00* | $0.00 | $776.37 |
| Payment | 11/10 | $193.92 | $0.00 | $1,741.05 | $0.00* | $0.00 | $776.37 |
| County Tax | 11/10 | $0.00 | $585.99 | $1,155.06 | $0.00* | $0.00* | $776.37 |
| **Total** | | **$2,327.04** | **$2,326.98** | | **$1,771.06** | **$1,929.99** | |

\* Either the date or the amount differs from the previous projection.

Your previous Escrow Account Disclosure Statement projected payments to your escrow account would be $193.92 monthly, totaling $2,327.04.  Under federal law, your lowest monthly balance should not go below $387.84.

Escrow Surplus Information

At this time, your Escrow Analysis account had a surplus in the amount of $104.40.

Your Escrow Surplus check of $104.40 will be mailed on June 2, 2010.  Please allow ten days after June 2, 2010 for receipt.  If your account is past due, the escrow surplus of $104.40 will be retained in your escrow account.

GENERAL ESCROW INFORMATION

Instead of making multiple payments for insurance and taxes during the year, escrow enables you to put money aside monthly and let Chase handle the payments.

| Description | Due Date | New Year Projections | Monthly Required Escrow | Description | Due Date | New Year Projections | Monthly Required Escrow |
|---|---|---|---|---|---|---|---|
| County Tax | 11/10 | $1,171.98 | $97.66 | Hazard Ins | 01/11 | $1,344.00 | $112.00 |
| | | | | **Totals** | | $2,515.98 | $209.67 |

REQUIRED RESERVE

Section 10 of the Real Estate Settlement Procedures Act (RESPA) authorizes lenders to collect and maintain up to one-sixth of your total disbursements in your escrow account at all times. The required reserve is used to cover increased tax and insurance disbursements. We do not cushion for mortgage insurance or optional products.

| | |
|---|---|
| Total Monthly Required Escrow | $209.67 |
| Total Required Reserve | $0.00 |

PROJECTIONS FOR COMING YEAR

This is an estimate of activity projected for your escrow account during the coming year. The **Target Balance** is the beginning balance necessary to bring your escrow account at its lowest point during the next 12 months to zero plus the allowed required reserve.
**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance | Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance |
|---|---|---|---|---|---|---|---|---|---|
| Target Balance | | $0.00 | $0.00 | $671.97 | Homeowner In | 01/11 | $0.00 | $1,344.00 | $0.00** |
| Payment | 08/10 | $209.67 | $0.00 | $881.64 | Payment | 02/11 | $209.67 | $0.00 | $209.67 |
| Payment | 09/10 | $209.67 | $0.00 | $1,091.31 | Payment | 03/11 | $209.67 | $0.00 | $419.34 |
| Payment | 10/10 | $209.67 | $0.00 | $1,300.98 | Payment | 04/11 | $209.67 | $0.00 | $629.01 |
| Payment | 11/10 | $209.67 | $0.00 | $1,510.65 | Payment | 05/11 | $209.67 | $0.00 | $838.68 |
| County Tax | 11/10 | $0.00 | $585.99 | $924.66 | County Tax | 05/11 | $0.00 | $585.99 | $252.69 |
| Payment | 12/10 | $209.67 | $0.00 | $1,134.33 | Payment | 06/11 | $209.67 | $0.00 | $462.36 |
| Payment | 01/11 | $209.67 | $0.00 | $1,344.00 | Payment | 07/11 | $209.67 | $0.00 | $672.03 |
| | | | | | **Total** | | $2,516.04 | $2,515.98 | |

COMPUTATION OF YOUR ESCROW ACCOUNT

**Escrow Surplus:** Your Anticipated Escrow Balance is $776.37. Your Target Balance according to this analysis is $671.97. The Anticipated Escrow Balance is greater than the Target Balance. For that reason your account has a surplus in the amount of $104.40.

| | |
|---|---|
| Anticipated Escrow Balance | $776.37 |
| Minus the Target Balance | $671.97 |
| Escrow Surplus | $104.40 |

**Anticipated Escrow Balance** is calculated by taking your actual escrow balance of $198.84 as of May 8, 2010. The balance is then calculated by adding all payments and subtracting all disbursements scheduled for your escrow account until the effective date of the new payment, August 1, 2010.

**This statement is not a request for payment. It is for informational purposes only.**
Your new monthly mortgage payment for the coming year will be $1,461.86 of which $1,252.19 will be for principal and interest and $209.67 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

ESA 13210 C