UNITED STATES BANKRUPTCY COURT
Western District of Virginia (Harrisonburg)

IN RE:                                                                        Case Number: 10-50722

Debtors: Norberto S. Cramaro

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| IBM Lender Business Process Services, Inc | CHASE HOME FINANCE LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| P. O. Box 4128 | Court Claim # (if known): 4 |
| Beaverton, OR 97076-4128 | Amount of Claim: $254798.93 |
| | Date Claim Filed: 06/07/2010 |
| Phone: (866) 570-5277 | |
| Last Four Digits of Acct #: 8886 | Last Four Digits of Acct #: 4269 |

Name and Address where transferee payments should be sent (if different from above):

IBM Lender Business Process Services, Inc
Same as Above

Phone: (866) 570-5277
Last Four Digits of Acct #: 8886

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:      /s/ Diana Duarte        Date: October 20, 2010
       Authorized Filing Agent for Filer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:1,762